**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

SHERRY ALDRIDGE,          : No. 151 MAL 2015
:
        Petitioner       :
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
     v.                :
:
:
:
WORKERS' COMPENSATION APPEAL   :
BOARD (KMART CORPORATION),     :
:
      Respondents     :


## ORDER


**PER CURIAM**

     **AND NOW**, this 16th day of June, 2015, the Petition for Allowance of Appeal is

**DENIED**.